UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RYAN GUIDICE,

      Plaintiff,

v.                                 CASE NO.:  8:16-cv-2058-T-30TGW

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Ryan Guidice, by and through the undersigned counsel, hereby notifies the Court the Parties have reached settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 30th day of June, 2017.

                                     */s/ Jared M. Lee*
                                     Jared M. Lee, Esquire
                                     Florida Bar No.:  0052284
                                     Morgan & Morgan, Tampa, P.A.
                                     20 N. Orange Ave., Ste. 1600
                                     Orlando, FL 32801
                                     Tele:  (407) 420-1414
                                     Fax:  (407) 245-3485
                                     Email:  JLee@ ForThePeople.com
                                          MRathbun@ForThePeople.com
                                     *Counsel for Plaintiff(s)/Claimant(s)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 30th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

**Burr & Forman LLP**
Joshua H. Threadcraft, Esquire
420 N. 20th Street, Ste. 3400
Birmingham, AL 35203
Tel:  205.251.3000
Fax:  205.413.8701
Email:  jthreadcraft@burr.com
        jcarlin@burr.com

**Faegre Baker Daniels, LLP**
Erin Hoffman, Esquire
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel:  612.766.8043
Fax:  612.766.1600
Email:  erin.hoffman@faegrebd.com
        susan.lahr@faegrebd.com
*Counsel for Defendant*

                      */s/ Jared M. Lee*
                      Jared M. Lee, Esquire